In re:

Alex Webb and Karen Webb                Case No.   99-55577-TJT

                                        Chapter    7

## AMENDED ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of Two Thousand Seven Hundred Four Dollars and 44 cents ($2,704.44), of unclaimed funds held in the U.S. Treasury to:

> Rent-A-Center, Inc.
> c/o Dilks & Knopik, LLC.
> PO Box 2728
> Issaquah, WA 98027-0125

**Signed on March 02, 2010**

                                          /s/ Thomas J. Tucker
                                        **Thomas J. Tucker**
                                        **United States Bankruptcy Judge**